```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                          CASE NO. 05 B 21217
   TRACY A GILL
                                                CHAPTER 13

                                                JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-5070


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 05/26/2005 and was confirmed 08/08/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  65.00%.

     The case was dismissed after confirmation 09/10/2007.
--------------------------------------------------------------------------------
CREDITOR NAME                   CLASS          CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                                  PAID            PAID
--------------------------------------------------------------------------------
DRIVE FINANCIAL SERVICES  SECURED         12400.00       995.82      12400.00
DRIVE FINANCIAL SERVICES  UNSECURED        2510.75          .00       1070.68
MIDLAND MORTGAGE CO       CURRENT MORTG       .00          .00            .00
AMERICAN GENERAL FINANCE  UNSECURED       NOT FILED        .00            .00
CAPITAL ONE               UNSECURED       NOT FILED        .00            .00
CAPITAL ONE BANK          NOTICE ONLY     NOT FILED        .00            .00
CHARTER ONE BANK          UNSECURED        1324.11          .00        564.65
CHARTER ONE BANK          NOTICE ONLY     NOT FILED        .00            .00
CHICAGO HEIGHTS POLICE    UNSECURED       NOT FILED        .00            .00
CHICAGO HEIGHTS POLICE    NOTICE ONLY     NOT FILED        .00            .00
CHRYSLER FINANCIAL        UNSECURED       NOT FILED        .00            .00
CHRYSLER FINANCIAL        NOTICE ONLY     NOT FILED        .00            .00
CINGULAR WIRELESS         UNSECURED         340.73          .00        145.30
CINGULAR WIRELESS         NOTICE ONLY     NOT FILED        .00            .00
AT & T WIRELESS           NOTICE ONLY     NOT FILED        .00            .00
CITY SUBURBAN TITLE SERV  UNSECURED       NOT FILED        .00            .00
COMMONWEALTH EDISON       UNSECURED       NOT FILED        .00            .00
DISCOVER FINANCIAL SERVI  UNSECURED       NOT FILED        .00            .00
DR ADEEPTHAPAR            UNSECURED       NOT FILED        .00            .00
EMERGENCY CARE HEALTH     UNSECURED       NOT FILED        .00            .00
PREMIER BANCARD CHARTER   UNSECURED         390.76          .00        166.63
GREAT AMERICAN FIN CO     UNSECURED        2336.55          .00        996.40
GREAT AMERICAN FIN CO     NOTICE ONLY     NOT FILED        .00            .00
GREEN LAWN                UNSECURED       NOT FILED        .00            .00
ILLINOIS INDIANA EMI MED  UNSECURED       NOT FILED        .00            .00
ILLINOIS TITLE LOANS      UNSECURED       NOT FILED        .00            .00
ECAST SETTLEMENT CORP     UNSECURED         290.57          .00        123.91
MAJESTIC STAR CASINO      UNSECURED       NOT FILED        .00            .00
MIDNIGHT VELVET           UNSECURED       NOT FILED        .00            .00
SCHOOL DIST 168           UNSECURED       NOT FILED        .00            .00
NICOR GAS                 UNSECURED       NOT FILED        .00            .00
NICOR GAS                 NOTICE ONLY     NOT FILED        .00            .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 21217 TRACY A GILL
```

```
NICOR GAS                  UNSECURED         805.72           .00         343.59
NICOR GAS                  NOTICE ONLY  NOT FILED             .00            .00
ORAL SURGERY CENTER        UNSECURED    NOT FILED             .00            .00
PAYDAY LOAN STORE          UNSECURED    NOT FILED             .00            .00
SEARS                      UNSECURED    NOT FILED             .00            .00
SEARS                      NOTICE ONLY  NOT FILED             .00            .00
SEARS                      NOTICE ONLY  NOT FILED             .00            .00
ST JAMES HOSPITAL & HEAL   UNSECURED    NOT FILED             .00            .00
ST JAMES HOSPITAL          NOTICE ONLY  NOT FILED             .00            .00
ST JAMES HOSPITAL          NOTICE ONLY  NOT FILED             .00            .00
SAUK VILLAGE SCHOOL        UNSECURED    NOT FILED             .00            .00
WAGONER SCHOOL             UNSECURED    NOT FILED             .00            .00
WAGONER SCHOOL             NOTICE ONLY  NOT FILED             .00            .00
MIDLAND MORTGAGE CO        MORTGAGE ARRE       .00            .00            .00
TCF BANK                   UNSECURED         150.00           .00          63.96
AMERICAN GENERAL FINANCE   SECURED           510.26         42.58         510.26
TFC BANK                   UNSECURED            .00           .00            .00
LEDFORD & WU               DEBTOR ATTY     1,645.00                     1,645.00
TOM VAUGHN                 TRUSTEE                                      1,031.22
DEBTOR REFUND              REFUND                                            .00
```

Summary of Receipts and Disbursements:

```
---------------------------------------------------------------------------
                     RECEIPTS              DISBURSEMENTS
---------------------------------------------------------------------------
TRUSTEE             20,100.00

PRIORITY                                              .00
SECURED                                         12,910.26
   INTEREST                                      1,038.40
UNSECURED                                        3,475.12
ADMINISTRATIVE                                   1,645.00
TRUSTEE COMPENSATION                             1,031.22
DEBTOR REFUND                                         .00
                    ---------------        ---------------
TOTALS              20,100.00                   20,100.00
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                              /s/ Tom Vaughn
Dated: 12/27/07               _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```

                              PAGE   2
        CASE NO. 05 B 21217 TRACY A GILL